## Anna Poulopoulos, Administratrix of Estate of Dr. Andreas I. Poulopoulos, Deceased, Appellee, v. Hellenic Brotherhood ''Messenia,'' Appellant.

### Gen. No. 41,130.

Heard in second division, first district, this court at February term, 1940; opinion filed April 2, 1940. Louis N. Blumenthal and Donald T. Winder, for appellant; Theodore N. Constant and Krohn & MacDonald, for appellee; Stuart B. Krohn and Ian P. MacDonald, of counsel. Opinion by PRESIDING JUSTICE JOHN J. SULLIVAN. ''Not to be published in full.''